IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CECIL M. MILLER                                                    PLAINTIFF

           v.                 Civil No. 3:09-CV-3012-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 27th day of January 2010.

                                                      /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    CHIEF U.S. MAGISTRATE JUDGE